IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| MAURICE WILLIAMS, | : |
| Petitioner, | : |
| v. | : CIVIL ACTION |
| MICHAEL W. HARLOW, et al., | : NO. 07-2845 |
| Respondents. | : |

MARY A. McLAUGHLIN, J.,

AND NOW, this 10th day of April, 2015, upon careful and independent consideration of the petition for writ of habeas corpus, and after review of the Report and Recommendation of United States Magistrate Judge Marilyn Heffley, IT IS ORDERED that:

1. The Report and Recommendation is APPROVED and ADOPTED.

2. The petition for a writ of habeas corpus is STAYED and held in ABEYANCE until the conclusion of Petitioner's state court proceedings or further notice by this Court.

3. Petitioner shall return to federal court within 30 days of the conclusion of his state court proceedings. If Petitioner does not return to federal court within 30 days of the conclusion of his state court proceedings, this stay and abeyance order is vacated and his petition is dismissed without prejudice.

4. There is no basis for the issuance of a certificate of appealability.

BY THE COURT:

MARY A. McLAUGHLIN, J.