UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| MAURICE WILLIAMS,<br>　　　　　　Petitioner,<br><br>v.<br><br>THE DISTRICT ATTORNEY OF<br>PHILADELPHIA and THE ATTORNEY<br>GENERAL OF PENNSYLVANIA,<br>　　　　　　Respondents. | :<br>:<br>:<br>:　　No. 2:07-cv-2845<br>:<br>:<br>:<br>:<br>: |

## O R D E R

**AND NOW,** this 12th day of November, 2020, for the reasons set forth in the Opinion issued this date, **IT IS HEREBY ORDERED THAT:**

1. Maurice Williams's habeas corpus petition, ECF No. 1, as amended, is **DISMISSED, with prejudice,** for his failure to prosecute his remaining non-*Miller* habeas claims.

2. The Clerk of the Court is directed to keep this case **CLOSED.**

　　　　　　　　　　　　　　　　　　BY THE COURT:


　　　　　　　　　　　　　　　　　　*/s/ Joseph F. Leeson, Jr.*
　　　　　　　　　　　　　　　　　　JOSEPH F. LEESON, JR.
　　　　　　　　　　　　　　　　　　United States District Judge